# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENEVA FOREIGN & SPORTS, INC., individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>ERIE INSURANCE COMPANY OF NEW YORK; ERIE INSURANCE COMPANY; and ERIE INDEMNITY COMPANY d/b/a Erie Insurance Exchange,<br><br>*Defendants.* | Case No. 1:20-cv-93<br>(Judge Baxter) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff Geneva Foreign & Sports Inc. ("Plaintiff") hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice as to its individual claims and without prejudice as to the claims of the putative class. Defendants have neither served an answer nor filed a motion for summary judgment in this action. Accordingly, the action may be dismissed without prejudice and without an Order of the Court.

    Respectfully submitted,

    GENEVA FOREIGN & SPORTS, INC., individually and on behalf of all others similarly situated,

Dated: September 3, 2020    By: /s/ Lily E. Hough
        One of Plaintiff's Attorneys

    Benjamin H. Richman*
    brichman@edelson.com
    Theo Benjamin*

tbenjamin@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Lily Hough*
lhough@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Admitted pro hac vice